# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2022

**BY ECF**

The Honorable Judge Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __4/22/2022__

**MEMO ENDORSED**

Re:  *United States v. Gladys Maria Pena Dominguez,*
21-CR-749 (ER)

Honorable Judge Ramos:

This letter is written on behalf of Ms. Dominguez and respectfully requests that this Court modify Ms. Dominguez's supervised release conditions. Specifically, Ms. Dominguez requests that the Court grant her 14 days—from Saturday, June 11th to Friday, June 24th—to travel to the Dominican Republic to attend the wedding of her best friend, Jackelyn Mejias, and for her three children to see their fathers. Her children have not seen their fathers in five years.

Ms. Mejias's wedding is set to take place on June 13, 2022, in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, where the two fathers—Jose Cabrera and Eris Naldo Reyes—of Ms. Dominguez's children live. While in the Dominican Republic, Ms. Dominguez will be living with her sister-in-law, Marcelina Portes, in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. At the conclusion of her stay, Ms. Dominguez will return to her residence in the United States: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

On May 6, 2021, Ms. Dominguez began her three-year supervised release program, under the directives of Probation Officer Sonales Gonzalez. Officer Gonzalez has no objections to this request. Thank you for your consideration of this matter.

Respectfully Submitted,

Christopher Flood
Assistant Federal Defender
212-417-8734

---

Dominguez' application for authorization to travel is GRANTED.

SO ORDERED.

*/s/ Edgardo Ramos/*

Edgardo Ramos, U.S.D.J
Dated: __4/22/2022__
New York, New York